Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 4/24/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LISA NICOLE HANEY, ) | Bk. No. **18-01992-RM3-13** |
| 1411 Lebanon Pike, Apt. O-160 ) | Chapter 13 |
| Nashville, TN 37210 ) | Judge Randal S. Mashburn |
| SSN: XXX-XX-4426 ) | |
| Debtor(s). ) | |

### ORDER DENYING DEBTOR'S APPLICATION TO EXTEND AUTOMATIC STAY

This matter came to be heard on April 18, 2018, continued from April 11, 2018, upon the debtor's Application to Extend the Automatic Stay as permitted by 11 U.S.C. § 362(c)(3). The Trustee was opposed to the debtor's request. At the call of the docket, debtor's counsel was present but indicated that the debtor could not pursue the Application to Extend the Stay in light of the Trustee's opposition. Based upon this announcement, it is

ORDERED, the debtor's Application to Extend the Automatic Stay as permitted by 11 U.S.C. § 362(c)(3) is denied.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
pleadings@ch13nsh.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on or before the 24th day of April, 2018, a true and correct copy of the foregoing has been served in the following manner:

**Email by Electronic Case Noticing to:**

U. S. Trustee
Clark & Washington, Counsel for Debtor

**By U. S. Postal Service, postage prepaid to:**

Lisa N. Haney, 1411 Lebanon Pike, Apt. O-160, Nashville, TN 37210

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.