# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | Case No. **18-01992-RM3-13** |
| **LISA NICOLE HANEY** | Judge: **RANDAL S MASHBURN** |
| | CONFIRMATION HEARING DATE: **June 13, 2018** |
| | TIME OF HEARING: **8:30 AM** |

SSN XXX-XX-4426

## TRUSTEE'S MOTION AND REQUEST FOR A HEARING ON CONFIRMATION

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above-styled case for a confirmation hearing, and for cause therefore would state:

**The Trustee objects to confirmation.**

**The petition is not filed and/or the plan is not proposed in good faith.**

As grounds for such request, the Trustee would state:

**THE PLAN IS NOT FEASIBLE; REPEAT FILER. DEBTOR TO PROVIDE TRUSTEE WITH POST-PETITION PAY ADVICES. TRUSTEE TO REVIEW COMPLIANCE WITH 1325(b). DEBTOR'S 1ST PAYMENT WAS LATE, DUE 4/21/18.**

Respectfully Submitted,

Printed: 05/30/2018

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
615-244-1101
pleadings@ch13nsh.com

cc: Debtor(s)
    Debtor(s) Attorney
    Objecting Creditor