Randal S. Mashburn
U.S. Bankruptcy Judge
Dated: 3/7/2019

# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| **LISA NICOLE HANEY** ) | **CASE NO: 18-01992-RSM-13** |
| **1411 LEBANON PIKE APT 0-160** ) | **CHAPTER 13** |
| **NASHVILLE, TN 37210** ) | **JUDGE MASHBURN** |
| **SSN/ITIN: XXX-XX-4426** ) | |
| **Debtor** ) | |

### ORDER GRANTING EXPEDITED MOTION AND NOTICE TO SUSPEND PAYMENTS

Upon consideration of the Expedited Motion and Notice to Suspend Payments, filed herein on February 25th, 2019 and heard on March 6th, 2019, it is

**ORDERED** that the Motion shall be granted and the Chapter 13 plan payments shall be suspended in the case for a period of three months starting in March 2019, it is further

**ORDERED** that the plan payments shall increased to $507.86 biweekly, it is further

**ORDERED** that the plan length shall stay the same at 60 months, it is further

**ORDERED** the treatment of secured creditors will remain the same, it is further

**ORDERED** that the Chapter 13 Trustee shall continue to make any continuing child support and/or mortgage payments, as such payments shall not be suspended, it is further

**ORDERED** that any money held by the Trustee after the child support and/or mortgage payments have been paid, shall be refunded to the debtor, it is further

**ORDERED** that the Debtor's case shall be placed on probation and will be dismissed if future payments are missed, it is further

**ORDERED** that the Debtor's shall attend the Trustee's workshop within 45 days, it is further

**ORDERED** that the Debtor's tax refund shall be intercepted by the Trustee for the remainder of the plan.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.**

APPROVED FOR ENTRY:

*/s/ Ryan Lloyd*
RYAN LLOYD, #034323
Clark & Washington, LLC
Attorneys for Debtor(s)
237 French Landing Drive

Nashville, TN 37228
615-251-9782; Fax: 615-251-8919
Email: cwnashville@cw13.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.